**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0859-01 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| ALEJANDRO JAIME CAMPOS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: March 24, 2008     /s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Leila_Morgan@fd.org
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

**James Winston Gleave**
Law Office of James W Gleave
1901 First Avenue
Suite 310
San Diego, CA 92101
(619)238-0677
Fax: (619)238-4559
Email: jim@jwglaw.com

DATED:  March 24, 2008            */s/ Leila W. Morgan*
                                   **LEILA W. MORGAN**
                                   Federal Defenders of San Diego, Inc.
                                   Leila_Morgan@fd.org

2